

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff<br>vs.<br><br>MARIE LOUISE SETTLES<br><br>　　　　Defendant | CASE NO. 14CR249-DMS<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: 11/12/14

　　　　　　　　　　　　　　　　　　HONORABLE MITCHELL D. DEMBIN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge